STEPHEN P. CONNOR (pro hac vice)
STEPHEN P. CONNOR, PLLC
999 Third Avenue, Suite 4200
Seattle, WA 98104-4082
Tel:    (206) 654-5050
Fax:   (206) 624-5469

MICHAEL J. BONONI, SBN 130663
BONONI AND KOURI
Manulife Plaza
515 South Figueroa Street
Suite 1900
Los Angeles, CA 900071
Tel:    (213) 553-9200
Fax:   (213) 553-9215

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED BUT NOT FILED
OCT -1 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ✓ NO
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HATTIE SIMSISULU, CLOVIJEAN GOOD, TERRI BLAKE, DORIS MIDDLETON, JAUNEE BRAZIER, and CATHERINE McCOY<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.<br><br>Defendants. | Case No. CV 99-11175 CMB(RCx)<br><br>The Honorable Consuelo B. Marshall<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Fed. R. Civ. P. 41(a)(1) |

ENTER ON ICMS
OCT 2 2003

I. STIPULATION

Pursuant to FRCP 41(a)(1)(ii), HATTIE SIMSISULU, TERRI BLAKE, and the INTERNATIONAL LONGSHORE AND WAREHOUSE UNION ("ILWU") and MARINE CLERKS ASSOCIATION LOCAL 63 ("Local 63"), by and through their counsel of record, hereby stipulate that all claims, counterclaims, judgments, and appeal rights in this matter should be dismissed with prejudice and without costs or fees to any of these parties.

OCT 2 2003

700

09/30/2003 14:48 FAX 206 340 8856   SHORT CRESSMAN & BURGESS                    ☒003/007
Case 2:99-cv-11175-CBM-RC   Document 700   Filed 10/01/03   Page 2 of 6   Page ID #:199
SEP 30 '03 01:50PM GD&C LA 4971                                                  P.2

09/SEP. 30. 2003 9:52AM 83408GD&C LA      SHORT CRESSMAN & BURGESS      NO. 3058   P. 3

DATED: September 29, 2003.

STEPHEN P. CONNOR, PLLC

By: /s/ Stephen P. Connor
Stephen P. Connor, (pro hac vice)
Attorneys for Plaintiffs Simsisulu
and Blake

LAW OFFICES OF JEFFREY B. LANDA

By: _____
Jeffrey B. Landa, SBN 171217
Attorneys for Plaintiffs Brazier, Good
and Middleton

RYAN, SWANSON & CLEVELAND

By: _____
Michael Rayton, (pro hac vice)
Thao Tiedt, (pro hac vice)
Attorneys for Defendant SSA Marine, Inc.
(formerly known as Stevedoring Services
of America, Inc.)

LEONARD, CARDER, LLP

By: _____
Beth A. Ross, SBN 141337
Attorneys for Defendants ILWU
and Local 63

GIBSON DUNN & CRUTCHER

By: /s/ Jeffrey F. Webb
Jeffrey F. Webb, SBN 145750
Attorneys for PMA and Employer
Defendants (except SSA)

## II. ORDER

The foregoing parties have stipulated to the above, it is, therefore, ORDERED, ADJUDGED and DECREED as follows:

That any claims, counterclaims, judgments or appeals rights as among HATTIE SIMSISULU, TERRI BLAKE, and the ILWU and Local 63, are hereby dismissed with prejudice and without costs or fees to any of these parties.

IT IS SO ORDERED.

10/1/03                              /s/ Consuelo B. Marshall
                                     The Honorable Consuelo B. Marshall

STIPULATION AND ORDER OF DISMISSAL - 2

1  DATED: September ____, 2003.
2
3  STEPHEN P. CONNOR, PLLC                    LEONARD, CARDER, LLP
4
5  By: _____                 By: _____
6  Stephen P. Connor, (pro hac vice)          Beth A. Ross, SBN 141337
   Attorneys for Plaintiffs Simsisulu         Attorneys for Defendants ILWU
7  and Blake                                  and Local 63

8  LAW OFFICES OF JEFFREY B. LANDA            GIBSON DUNN & CRUTCHER
9
10 By: _____                 By: _____
   Jeffrey B. Landa, SBN 171217               Jeffrey F. Webb, SBN 145750
11 Attorneys for Plaintiffs Brazier, Good     Attorneys for PMA and Employer
   and Middleton                              Defendants (except SSA)
12
13 RYAN, SWANSON & CLEVELAND

14 By: /s/ Michael Rayton
15 Michael Rayton, (pro hac vice)
   Thao Tiedt, (pro hac vice)
16 Attorneys for Defendant SSA Marine, Inc
   (formerly known as Stevedoring Services
17 of America, Inc.)

18
19                              II. ORDER
20     The foregoing parties have stipulated to the above, it is, therefore, ORDERED, ADJUDGED
21 and DECREED as follows:
       That any claims, counterclaims, judgments or appeals rights as among HATTIE
22
   SIMSISULU, TERRI BLAKE, and the ILWU and Local 63, are hereby dismissed with prejudice
23
   and without costs or fees to any of these parties.
24
25   IT IS SO ORDERED.
26
27                                              The Honorable Consuelo B. Marshall
28

STIPULATION AND ORDER OF DISMISSAL - 2

1

2   STEPHEN P. CONNOR, PLLC             LEONARD, CARDER, LLP

3

4   By: _____    By: _____
5   Stephen P. Connor, (pro hac vice)       Beth A. Ross, SBN 141337
    Attorneys for Plaintiffs Simsisulu, McCoy   Attorneys for Defendants ILWU
6   and Blake                                  and Local 63

7   LAW OFFICES OF JEFFREY B. LANDA    GIBSON DUNN & CRUTCHER

8

9   By: _____    By: _____
    Jeffrey B. Landa, SBN 171217          Jeffrey F. Webb, SBN 145750
10   Attorneys for Plaintiffs Brazier, Good      Attorneys for PMA and Employer
    and Middleton                           Defendants (except SSA)
11

12   RYAN, SWANSON & CLEVELAND

13   By: /s/ Michael Rayton
14   Michael Rayton (pro hac vice)
    Thao Tiedt (pro hac vice)
15   Attorneys for Defendant SSA Marine, Inc.
    (formerly known as Stevedoring Services
16   of America, Inc.)

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL - 3

SCANNED

| | |
|---|---|
| STEPHEN P. CONNOR, PLLC | LEONARD, CARDER, LLP |
| By: _____<br>Stephen P. Connor, (pro hac vice)<br>Attorneys for Plaintiffs Simsisulu, McCoy and Blake | By: /s/ Beth A. Ross_____<br>Beth A. Ross, SBN 141337<br>Attorneys for Defendants ILWU and Local 63 |
| LAW OFFICES OF JEFFREY B. LANDA | GIBSON DUNN & CRUTCHER |
| By: _____<br>Jeffrey B. Landa, SBN 171217<br>Attorneys for Plaintiffs Brazier, Good and Middleton | By: _____<br>Jeffrey F. Webb, SBN 145750<br>Attorneys for PMA and Employer Defendants (except SSA) |
| RYAN, SWANSON & CLEVELAND | |
| By: _____<br>Michael Rayton (pro hac vice)<br>Thao Tiedt (pro hac vice)<br>Attorneys for Defendant SSA Marine, Inc. (formerly known as Stevedoring Services of America, Inc.) | |

STIPULATION AND ORDER OF DISMISSAL - 3
468760.1/021949.00001

09/30/2003 14:49 FAX 206 340 8856    SHORT CRESSMAN & BURGESS
Case 2:99-cv-11175-CBM-RC   Document 700   Filed 10/01/03   Page 6 of 6   Page ID #:203
SEP 30 '03 01:51PM GD&C 4971                                              P.3

09/SEP. 30. 2003 9:52AM034408GD&C LA    SHORT CRESSMAN & BURGESS    NO. 3058  P. 4

STEPHEN P. CONNOR, PLLC

By: _____
Stephen P. Connor, (pro hac vice)
Attorneys for Plaintiffs Simsisuhu, McCoy and Blake

LAW OFFICES OF JEFFREY B. LANDA

By: _____
Jeffrey B. Landa, SBN 171217
Attorneys for Plaintiffs Brazier, Good and Middleton

RYAN, SWANSON & CLEVELAND

By: _____
Michael Rayton (pro hac vice)
Thad Tiedt (pro hac vice)
Attorneys for Defendant SSA Marine, Inc. (formerly known as Stevedoring Services of America, Inc.)

LEONARD, CARDER, LLP

By: _____
Beth A. Ross, SBN 141337
Attorneys for Defendants ILWU and Local 63

GIBSON DUNN & CRUTCHER

By: _____
Jeffrey F. Webb, SBN 145750
Attorneys for PMA and Employer Defendants (except SSA)

STIPULATION AND ORDER OF DISMISSAL - 3